[No. 55703-3-I. Division One. November 20, 2006.]

WOLFKILL FEED AND FERTILIZER CORPORATION, *Appellant*, v. MICHELE YOUNGQUIST, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 00-2-00562-1, Ira Uhrig, J., entered January 6, 2005. *Affirmed* by unpublished opinion per Schindler, A.C.J., concurred in by Agid and Becker, JJ.

[No. 56195-2-I. Division One. November 20, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL ALAN GENTIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-12992-0, Douglas D. McBroom, J., entered May 4, 2005. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 57028-5-I. Division One. November 20, 2006.]

RON BAUM ET AL., *Appellants*, v. JAMES RIGGLE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-06308-6, Steven C. Gonzalez, J., entered September 16, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57168-1-I. Division One. November 20, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH MICHAEL WAYLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-1-02103-3, Linda C. Krese, J., entered October 24, 2005. *Affirmed* by unpublished per curiam opinion.